DANIEL G. BOGDEN
United States Attorney
District of Nevada
KIMBERLY M. FRAYN
Assistant United States Attorney
333 Las Vegas Blvd. South
Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Fax: (702) 388-6418

Attorneys for the Government

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>**GENA RAMAEKERS**,<br>a.k.a. Grazyna Ramaekers,<br>a.k.a. Grazyna Mikolajczyk, and<br>**DEZRINE JONES** ,<br><br>    Defendants.<br>_____ | 2:07-CR-132-PMP-RJJ<br><br>MOTION TO DISMISS<br>INDICTMENT AND<br><u>QUASH ARREST WARRANTS</u> |

The United States of America by Daniel G. Bogden, United States Attorney for the District of Nevada, and Kimberly M. Frayn, Assistant United States Attorney, requests pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, that the Court enter an order allowing the government to dismiss without prejudice the charges brought against

defendant **GENA RAMAEKERS**, a.k.a. Grazyna Ramaekers, a.k.a. Grazyna Mikolajczyk, and defendant **DEZRINE JONES,** which are contained in the Indictment in 2:07-CR-132-PMP-RJJ, and to quash the warrants for the arrests of **RAMAEKERS** and **JONES,** which issued in or about June 26, 2007, in connection with the Indictment. The federal investigative agencies assigned to this case indicate that **RAMAEKERS** and **JONES** fled the United States to avoid prosecution in this matter, and their whereabouts outside of the United States remain unknown.

DATED this _1st __ day of November, 2011.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/ Kimberly M. Frayn
KIMBERLY M. FRAYN
Assistant United States Attorney

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>**GENA RAMAEKERS**,<br>a.k.a. Grazyna Ramaekers,<br>a.k.a. Grazyna Mikolajczyk, and<br>**DEZRINE JONES**,<br><br>   Defendants.<br>_____ | 2:07-CR-132-PMP-RJJ<br><br>ORDER FOR DISMISSAL AND<br><u>TO QUASH ARREST WARRANTS</u> |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and upon leave of Court, the United States Attorney for the District of Nevada hereby dismisses without prejudice the charges brought against defendant **GENA RAMAEKERS**, a.k.a. Grazyna Ramaekers, a.k.a. Grazyna Mikolajczyk, and defendant **DEZRINE JONES** that are contained the above-captioned Indictment.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/ Kimberly M. Frayn
KIMBERLY M. FRAYN
Assistant United States Attorney

## ORDER

Leave of Court is granted for the filing of the foregoing dismissal. Further, the warrants for the arrests of **GENA RAMAEKERS** and **DEZRINE JONES,** which issued in or about June 26, 2007, in connection with the Indictment, are hereby ordered quashed.

DATED this 2nd day of November, 2011.

_____
UNITED STATES DISTRICT JUDGE